371 A.2d 871
Delaney v. Austin, Appellant.

Submitted
April 12, 1976.   Harry R. Ruprecht, and King, Bowman
& Hanna, for appellant;   Morton B. DeBroff, for appellee.

Judgment affirmed.

371 A.2d 871
Dubyn et ux., Appellants, v. Rite Aid Corporation, et al.

Argued
March 18, 1976.   Edwin P. Smith, with him Dubyn &
Smith, for appellants; Richard M. Squire, with him Perry S. Bechtle and Harold Greenberg, for appellee.

Decree affirmed.

HOFFMAN, J., absent.